UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. GASTFIELD, | Case No. C20-5665-MLP |
| Plaintiff, | ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Administrative Law Judge will evaluate the medical evidence, including the opinions from Dr. Weiss and Dr. Petaja; evaluate the subjective allegations from Ms. Newkirk; re-evaluate subjective allegations from Plaintiff in light of the above re-evaluated evidence; re-evaluate Plaintiff's RFC; and recommence with the sequential evaluation process, obtaining vocational expert testimony as necessary

      The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

\\

Page 1    ORDER - [C20-5665-MLP]

Dated this 18th day of August, 2021.

*[signature: M.J. Peterson]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov